NUMBER 13-03-250-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


WILLIE DELL HAYES, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Criminal Court at Law No. 9 


of Harris County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, WILLIE DELL HAYES, perfected an appeal from a judgment entered
by County Criminal Court at Law No. 9 of Harris County, Texas, in cause number
1138427. On June 26, 2003, this cause was abated, and the trial court was directed
to conduct a hearing to determine whether appellant desired to prosecute his appeal,
whether appellant is indigent or is not indigent, and to make appropriate findings and
recommendations and prepare a record of the proceedings. The trial court's findings
and recommendations were received on October 9, 2003. The trial court found that
the appellant wishes to go ahead and serve out his time and does not wish to
prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Opinion delivered and filed this

the 30th day of October, 2003.